IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL MILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-00150 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| WEAKLEY BARNARD, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 91) on Defendant Sharon Jenkins' Motion for Summary Judgment.[1] (Doc. No. 87.) Plaintiff did not respond to the Motion or to Defendant Jenkins' Statement of Undisputed Facts. In the Report and Recommendation, the Magistrate Judge recommends the Motion for Summary Judgment be granted and this action dismissed with prejudice.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 91 at 20-21.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 87)

---

[1] Ms. Jenkins is the only remaining defendant in this action. Weakley E. Barnard, Mark Gwyn, Beth Rhoton, Marshall County, and the City of Lewisburg were terminated as defendants in this action on January 29, 2018.

is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE